JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHN BLAKELY,<br><br>Petitioner,<br><br>v.<br><br>JOE A. LIZARRAGA, Warden,<br><br>Respondent. | Case No. ED CV 15-2403-JVS (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 26, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE